TRINA A. HIGGINS, United States Attorney (#7349)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED US District Court -UT
NOV 20 '24 PM 01:23

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRENT RICHARD JOHNSON, <br><br> Defendant. | INDICTMENT <br><br> VIOLATIONS: <br><br> Count 1: 18 U.S.C. § 2251(a) and (e), Production of Child Pornography; <br><br> Count 2: 18 U.S.C. § 2252A(a)(5)(B), Possession of Child Pornography. <br><br> Case: 2:24-cr-00383 <br> Assigned To : Nielson, Howard C., Jr <br> Assign. Date : 11/20/2024 |

The Grand Jury Charges:

## COUNT 1
18 U.S.C. § 2251(a) and (e)
(Production of Child Pornography)

Between on or about August 4, 2013, and on or about November 5, 2013, in the

District of Utah,

BRENT RICHARD JOHNSON,

defendant herein, did employ, use, persuade, induce, entice and coerce Minor A, to engage in sexually explicit conduct for the purpose of producing any visual depictions of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and attempted to do so; all in violation of 18 U.S.C. § 2251(a) and (e).

## COUNT 2
18 U.S.C. § 2252A(a)(5)(B)
(Possession of Child Pornography)

Beginning on or about August 4, 2013, and continuing until on or about April 25, 2024, in the District of Utah,

BRENT RICHARD JOHNSON,

defendant herein, did knowingly possess, and knowingly access with intent to view, any material that contains an image of child pornography, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been

2

mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(5)(B).

Pursuant to 18 U.S.C. § 2252A(b)(2), notice is given that at least one image of child pornography possessed by defendant JOHNSON involved a prepubescent minor and a minor who had not attained 12 years of age.

### NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 2253, upon conviction of any offense violating 18 U.S.C. § 2251, the defendant(s) shall forfeit to the United States of America: (i) any visual depiction described in 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of this chapter; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property. The property to be forfeited includes, but is not limited to:

- HP Tower serial number: 3CR334004V
- HP computer serial number: 8CC9371VJ9
- ASUS Laptop serial number: 12ML8N0LP02S87935B
- Toshiba Hard Drive serial number: X2QJFSXWSSX3

3

- Go Pro s/ SD card

- Various Thumb Drives

- Substitute property as allowed by 21 U.S.C. § 853(p) and 18 U.S.C. § 2253(b).

A TRUE BILL:

/s/
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

CAROL A. DAIN
Assistant United States Attorney

4