AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH

| UNITED STATES OF AMERICA v. BRENT RICHARD JOHNSON | **WITNESS LIST** Case Number:  2:24-cr-00383-HCN |
|---|---|

| PRESIDING JUDGE Howard C. Nielson, Jr. | PLAINTIFF'S ATTORNEY Carol A. Dain and Joey L. Blanch | DEFENDANT'S ATTORNEY Craig R. Johnson |
|---|---|---|
| TRIAL DATE(S) August 11 - 14, 2025 | COURT REPORTER Teena Green | COURTROOM DEPUTY Kimberly Sheffield |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Minor Witness |
| | | | | | Det. Kolten Fraughton, American Fork PD |
| | | | | | Travis Ashdown, Utah County Sheriff's Office |
| | | | | | Rachel Hoffman |
| | | | | | Elizabeth Hoffman |
| | | | | | Ellee Johnson |
| | | | | | Abbie Johnson |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |