# THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRENT RICHARD JOHNSON,<br><br>Defendant. | **ORDER RE: COUNSELING SERVICES**<br><br>Case No. 2:24cr00383-HCN<br><br>District Judge Howard C. Nielson, Jr. |

For administrative purposes, the term of service for the jurors who sat in the above matter is hereby extended until November 28, 2025.

This extension is to provide jurors time for counseling services which have been authorized by the court for those jurors who may wish to speak with a trained professional following the trial.

Signed August 13, 2025.

BY THE COURT

_____
Howard C. Nielson, Jr.
United States District Judge