AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH

**RECEIVED**

AUG 1 3 2025

OFFICE OF
HOWARD C. NIELSON, JR.

UNITED STATES OF AMERICA
v.
BRENT RICHARD JOHNSON

## WITNESS LIST

Case Number:  2:24-cr-00383-HCN

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Howard C. Nielson, Jr. | Carol A. Dain and Joey L. Blanch | Craig R. Johnson |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| August 11 - 14, 2025 | Teena Green | Kimberly Sheffield |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Minor Witness |
| | | | | | Det. Kolten Fraughton, American Fork PD |
| | | | | | Travis Ashdown, Utah County Sheriff's Office |
| | | | | | Rachel De Vroom |
| | | | | | Elizabeth Hoffman |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page 1 of _____1_____ Pages