# UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

**RECEIVED**
**AUG 13 2025**
**OFFICE OF HOWARD C. NIELSON, JR.**

UNITED STATES OF AMERICA
v.
BRENT RICHARD JOHNSON

**EXHIBIT LIST**

Case Number: 2:24-cr-00383-HCN

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Howard C. Nielson, Jr. | Carol A. Dain and Joey L. Blanch | Craig R. Johnson |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| August 11 - 14, 2025 | Teena Green | Kimberly Sheffield |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/12 | | X | IMG_2951 (Video dated 8-4-13 taken from iPhone 4 backup on HP tower) |
| 1.1 | | 8/12 | | X | IMG_2951 Contact Sheet |
| 1.2 | | 8/12 | | X | IMG_2951 Metadata |
| 1.3 | | 8/12 | | X | IMG_2951 Still image from 0m8s depicting bedding |
| 1.4 | | 8/12 | | X | IMG_2951 Still image from 0m15s depicting pajama shorts |
| 1.5 | | 8/12 | | X | IMG_2951 Still image from 1m23s depicting vagina and index finger |
| 1.6 | | 8/12 | | X | IMG_2951 Still image from 1m35s depicting vagina and index finger |
| 1.7 | | 8/12 | | X | IMG_2951 Still image from 1m42s depicting vagina and fingers |
| 1.8 | | 8/12 | | X | IMG_2951 Still image from 1m43s depicting vagina and fingers |
| 1.9 | | 8/12 | | X | IMG_2951 Still image from 1m46s depicting vagina and fingers |
| 1.10 | | 8/12 | | X | IMG_2951 Still image from 2m04s depicting genitals and index finger |
| 1.11 | | 8/12 | | X | IMG_2951 Still image from 2m39s depicting vagina and index finger |
| 1.12 | | 8/12 | | X | IMG_2951 Still image from 3m51s depicting the child's face |
| 1.13 | | 8/12 | | X | IMG_2951 Still image from 4m38.593s depicting plaid shorts |
| 1.14 | | 8/12 | | X | IMG_2951 still image from 4m38s depicting plaid shorts |
| 1.15 | | 8/12 | | X | IMG_2951 video clip from beginning to 1m27s, depicting bedding, child's shorts, hand pulling aside shorts and underwear |
| 1.16 | | 8/12 | | X | IMG_2951 video clip from 2m30-2m37, depicting hand and fingers on vagina |
| 1.17 | | 8/12 | | X | IMG_2951 video clip from 3m47s – 3m51s, depicting child's face |
| 1.18 | | 8/12 | | X | IMG_2951 video clip from 4m29-4m40s, depicting man's shorts |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 2 | | 8/12 | | X | IMG_2958 (Video dated 8-7-13 taken from iPhone 4 backup on HP tower) |
| 2.1 | | 8/12 | | X | IMG_2958.mov Contact Sheet |
| 2.2 | | 8/12 | | X | IMG_2958 Metadata |
| 2.3 | | 8/12 | | X | IMG_2958 Still image from 0m1s depicting pink blanket |
| 2.4 | | 8/12 | | X | IMG_2958 Still image from 0m26s depicting index finger |
| 2.5 | | 8/12 | | X | IMG_2958 Still image from 0m58s depicting index finger |
| 2.6 | | 8/12 | | X | IMG_2958 Still image from 1m5s depicting pajama shorts |
| 2.7 | | 8/12 | | X | IMG_2958 Still image from 1m09s depicting index finger |
| 2.8 | | 8/12 | | X | IMG_2958 Still image from 1m58s depicting plaid shorts |
| 2.9 | | 8/12 | | X | IMG_2958 video clip from first 23 seconds, depicting pink blanket, pajama shorts, finger in pulling aside shorts and underwear to expose vagina) |
| 2.10 | | 8/12 | | X | IMG_2958 video clip from 1:05-1:12, depicting hand inside shorts and underwear, index finger visible |
| 2.11 | | 8/12 | | X | IMG_2958 video clip from 1m49-end, depicting finger in vagina, bedding, plaid shorts and legs |
| 3 | | 8/12 | | X | IMG_3444 (11-5-13 12:05:21AM) |
| 3.1 | | 8/12 | | X | IMG_3444.mov Contact Sheet |
| 3.2 | | 8/12 | | X | IMG_3444 Metadata |
| 3.3 | | 8/12 | | X | IMG_3444 Still image from 0m8s depicting pajama shorts |
| 3.4 | | 8/12 | | X | IMG_3444 Still image from 0m22s depicting fingers pulling shorts to expose underwear |
| 3:5 | | 8/12 | . | X | IMG_3444 Still image from 0m26s depicting bedding |
| 4 | | 8/12 | | X | IMG_3447 (11-5-13 6:49:39 AM) |
| 4.1 | | 8/12 | | X | IMG_3447.mov Contact Sheet |
| 4.2 | | 8/12 | | X | IMG_3447 Metadata |
| 4.3 | | 8/12 | | X | IMG_3447 Still image from 0m3s depicting part of child's face |
| 4.4 | | 8/12 | | X | IMG_3447 Still image from 0m4s depicting part of child's face |
| 4.5 | | 8/12 | | X | IMG_3447 Still image from 0m51s depicting finger pulling open underwear |
| 4.6 | | 8/12 | | X | IMG_3447 Still image from 1m3s depicting pajama shorts |
| 5 | | 8/12 | | X | IMG_3448 (11-5-13 6:51:39 AM) |
| 5.1 | | 8/12 | | X | IMG_3448.MOV Contact Sheet |
| 5.2 | | 8/12 | | X | IMG_3448 Metadata |
| 5.3 | | 8/12 | | X | IMG_3448 Still image from 0m5s depicting child's face |
| 5.4 | | 8/12 | | X | IMG_3448 Still image from 0m10s depicting child's face |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 5.5 | | 8/12 | | X | IMG_3448 Still image from 0m12s depicting child's face |
| 5.6 | | 8/12 | | X | IMG_3448 Still image from 0m29s depicting pajama shorts |
| 5.7 | | 8/12 | | X | IMG_3448 Still image from 1m39s depicting bedding |
| 5.8 | | 8/12 | | X | IMG_3448 Video clip of first 34 seconds, depicting child's face, bedding, shorts |
| 6 | | 8/12 | | X | Picture of Bathroom, 10024 N. Oak Road West, Cedar Hills |
| 7 | | 8/12 | | X | Pictures of Hidden Camera Charger in Bathroom |
| 8 | | 8/12 | | X | Hidden Camera Charger Seized from Bathroom (Physical Exhibit) |
| 9 | | 8/12 | | X | Search Warrant for Brett Johnson's home at 10024 N. Oak Road West, Cedar Hills, dated 1-29-24, to search for the Hidden Camera Charger |
| 10 | | 8/12 | | X | Search Warrant for Brett Johnson's home at 10024 N. Oak Road West, Cedar Hills, dated 1-29-24, to search for Electronic Devices |
| 11 | | 8/12 | | X | HP Tower HP Computer, Evidence Item 574128, seized from Brent Johnson's home on 1-29-24 (Physical Exhibit) |
| 12 | | 8/12 | | X | Toshiba Hard Drive, Evidence Item 574136, seized from Brent Johnson's home on 1-29-24 (Physical Exhibit) |
| 13 | | 8/12 | | X | Photograph of HP Computer, Evidence Item 574128, taken 1-29-24 during execution of search warrant |
| 14 | | 8/12 | | X | Search Warrant to Search Electronic Devices seized from Brent Johnson's home, dated 1-30-24 |
| 15 | | 8/12 | | X | Search Warrant for Brent Johnson's home at 10024 N. Oak Road West, Cedar Hills, to search for plaid shorts, dated 4-25-24 |
| 16 | | 8/12 | | X | Search Warrant to photograph Brent Johnson's Hands, dated 4-25-24 |
| 17 | | 8/12 | | X | Photograph of plaid shorts taken during the search of Brent Johnson's home on 4-25-24 |
| 18 | | 8/12 | | X | Plaid shorts seized from Brent Johnson's home on 4-25-24 (Physical Exhibit) |
| 19 | | 8/12 | | X | Screen shots depicting file structure of HP Computer Tower, Evidence Item 574128 |
| 20 | | 8/12 | | X | Info.plist from iPhone 4 backup, found on HP Computer Tower |
| 21 | | 8/12 | | X | Manifest.plist from iPhone 4 backup, found on HP Computer Tower |
| 22 | | 8/12 | | X | Text messages from iPhone 4 backup, found on HP Computer Tower |
| 23 | | 8/12 | | X | Text messages between Brent Johnson and Rachel Hoffman, and contact information for Rachel Hoffman, from iPhone 4 backup, found on HP Computer Tower |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 24 | | 8/12 | | X | IMG_2991 and Metadata, photograph of Brent Johnson wearing plaid shorts, posing with sons in Las Vegas |
| 25 | | 8/12 | | X | IMG_2976 and Metadata, photograph of Brent Johnson wearing plaid shorts, posing with Rachel Hoffman and their families, in Las Vegas |
| 26 | | 8/12 | | X | IMG_1387 Video depicting girls in a bathroom, taken from iPhone 4 backup on the HP Computer Tower |
| 26.1 | | 8/12 | | X | IMG_1387.mov Contact Sheet |
| 26.2 | | 8/12 | | X | IMG_1387.mov Metadata |
| 27 | | 8/12 | | X | IMG_1388 Video depicting girls in a bathroom, taken from iPhone 4 backup on the HP Computer Tower |
| 27.1 | | 8/12 | | X | IMG_1388.mov Contact Sheet |
| 27.2 | | 8/12 | | X | IMG_1388 Metadata |
| 28 | | 8/12 | | X | Contact Sheet from video 39066, carved from the Toshiba hard drive (duplicate of Img_1387 from iPhone 4 backup) |
| 28.1 | | 8/12 | | X | 39066 metadata |
| 29 | | 8/12 | | X | Contact Sheet from video 40346, carved from the Toshiba hard drive (duplicate of Img_1388 from iPhone 4 backup) |
| 29.1 | | 8/12 | | X | 40346 Metadata |
| 31 | | 8/12 | | X | IMG_3348, a photograph found on the Toshiba Hard Drive, Evidence Item 574136, depicting Johnson's hands |
| 32 | | 8/12 | . | X | Photographs of Brent Johnson's hands taken 4-25-24 |
| 33 | . | 8/12 | | X | Side-by-side images showing still image from IMG_2951, depicting the right index finger of the adult male hand, next to photograph of Brent Johnson's hand |
| 34 | | 8/12 | | X | Side-by-side images showing still image from IMG_2958, depicting the right index finger of the adult male's hand, next to photograph of Brent Johnson's hand |
| 35 | | 8/12 | | X | Photographs of HP Tower Manufacturer's Marks |
| 39 | | 8/12 | | X | Pink Blanket (Physical Exhibit) |