RECEIVED
AUG 13 2025
OFFICE OF
HOWARD C. NIELSON, JR.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24cr383 HCN |
| Plaintiff, | VERDICT |
| vs. | |
| BRENT RICHARD JOHNSON, | |
| Defendant. | |

We, the jury duly empaneled in the above- entitled case, find the defendant BRENT RICHARD JOHNSON, as to the offenses charged:

COUNT 1 of the Indictment:   GUILTY __X__   NOT GUILTY _____

COUNT 2 of the Indictment:   GUILTY __X__   NOT GUILTY _____

If you checked GUILTY on Count 2, please answer the following question:

Do you find that BRENT RICHARD JOHNSON knowingly possessed material containing any image of child pornography that depicted a prepubescent minor or minor who had not attained the age of 12 years?        __X__ Yes _____ No

Dated this _13_ day of August, 2025.

_____
FOREPERSON